## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:                                    )          BK No.:   16-32461
WENDELL OWENS,                            )
                                          )
                                          )          Chapter: 13
                                          )
                                          )          Honorable Deborah L. Thorne
                                          )
                Debtor(s)                 )

## AMENDED ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT AND TO SHORTEN NOTICE

THIS MATTER coming to be heard on the Debtor's Amended Motion to Obtain Credit/Incur Debt, Debtor's attorney appearing, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

A.  That Debtor's purchase of the 2020 Cadillac SRX or comparable vehicle with financing for $18,253.20 at 19.78% and payments of $486.00 for 60 months be allowed.

Enter:  _Deborah L. Thorne_

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  December 01, 2021

**Prepared by:**

Thomas M. Britt
Law Offices of Thomas M. Britt, P.C.
18312 Distinctive Drive
Orland Park, IL 60467
(815) 464-5533